## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, | ) | |
| NORTH CENTRAL ILLINOIS LABORERS' | ) | |
|   HEALTH AND WELFARE FUND, | ) | |
| NORTHERN ILLINOIS & IOWA LABORERS' | ) | |
|   HEALTH & WELFARE FUND, | ) | |
| NORTHERN ILLINOIS LABORERS' ANNUITY FUND, | ) | |
| ILLINOIS LABORERS AND CONTRACTORS JOINT | ) | |
|   APPRENTICESHIP & TRAINING TRUST FUND, | ) | |
| MARKET PROMOTION FUND, | ) | |
| MIDWEST REGION ORGANIZATION COMMITTEE, | ) | |
| and the GREAT PLAINS LABORERS' DISTRICT | ) | |
|   COUNCIL WORKING DUES CHECK OFF FUND | ) | |
| | ) | |
|          Plaintiffs, | ) | |
| | ) | |
| v. | ) | **21-Cv-3061** |
| | ) | |
| ALLIED POWER SERVICES, LLC, | ) | |
| a Delaware limited liability company, | ) | |
| | ) | |
|          Defendant(s). | ) | |

### COMPLAINT

Plaintiffs Central Laborers' Pension Fund, *et al*. (collectively "Plaintiff Funds"), by their

attorneys, complain against Defendant ALLIED POWER SERVICES, LLC, as follows:

### COUNT I
against
ALLIED POWER SERVICES, LLC
(*Claim under ERISA for delinquent employee fringe benefit contributions*)

1.     This action arises under the Employee Retirement Income Security Act of 1974, as

amended, 29 U.S.C. §§ 1132, 1145 ("ERISA"); the Labor Management Relations Act, as amended,

29 U.S.C. § 185(a) ("LMRA"); 28 U.S.C. § 1331; and federal common law.

2.     Plaintiff Funds are multiemployer pension funds, welfare funds, apprentice funds,

labor-management committees, and related funds established pursuant to collective bargaining

agreements between, on the one hand, the Laborers International Union of North America (the

"Union") and local unions and district councils affiliated with the Union, and, on the other hand,

certain employers and employer associations. The Union and its affiliated local unions and district councils are labor organizations within the meaning of the LMRA, 29 U.S.C. § 152(5), representing employees in an industry affecting commerce as defined by the LMRA, 29 U.S.C. § 185(a).

3.      Plaintiff Funds receive fringe benefit contributions and dues payments from certain employers pursuant to collective bargaining agreements between, on the one hand, the Union and district councils and local unions affiliated with the Union, and, on the other hand, certain employer associations and employers, all on behalf of employees covered by the collective bargaining agreements. The Plaintiff Funds' right to receive fringe benefit contributions and dues payments also arises pursuant to participation agreements between the Plaintiff Funds and employers.

4.      Plaintiff Central Laborers' Pension Fund is the authorized collection agents for the other Plaintiff Funds with respect to fringe benefit contributions and dues payments.

5.      ALLIED POWER SERVICES, LLC is a Delaware limited liability company with offices in Wilmington, Illinois and that does business in the Northern District of Illinois. Venue in this district is proper under ERISA, 29 U.S.C. § 1132(e)(2); and 28 U.S.C. § 1391(b). ALLIED POWER SERVICES, LLC is an "employer" and a "party-in-interest" as those terms are defined by, respectively, Sections 3(5) and 3(14)(C) of ERISA, 29 U.S.C. §§ 1002(5) and 1002(14)(C).

6.      ALLIED POWER SERVICES, LLC became a party to and bound by collective bargaining agreements with the Union (and/or one or more district councils and local unions affiliated with the Union) by virtue of its execution of one or more memorandum of agreement or other collective bargaining agreements. Copies of signature pages of one or more such collective bargaining agreements are attached as *Exhibit A*. No party has terminated the collective bargaining agreements and they remain in effect.

7.    By virtue of certain provisions contained in the collective bargaining agreement(s), ALLIED POWER SERVICES, LLC became a party to and bound by the Plaintiff Funds' trust agreements.

8.    ALLIED POWER SERVICES, LLC became a party to and bound by one or more participation agreements with the Plaintiff Funds.  No party has terminated the collective bargaining agreements and they remain in effect.

9.    By virtue of certain provisions contained in the participation agreement(s), ALLIED POWER SERVICES, LLC became a party to and bound by the Plaintiff Funds' trust agreements.

10.    ALLIED POWER SERVICES, LLC became a party to and bound by the collective bargaining agreements, participation agreements, and trust agreements by virtue of its signing and submitting (and certain provisions contained in) employer contribution report forms to the Plaintiff Funds.

12.    ALLIED POWER SERVICES, LLC became a party to and bound by the collective bargaining agreements, participation agreements, and trust agreements by virtue of its withholding of (some but not all) payroll deductions and dues consistent with the collective bargaining agreements, participation agreements, and trust agreements.

13.    ALLIED POWER SERVICES, LLC became a party to and bound by the collective bargaining agreements, participation agreements, and trust agreements by making (some but not all) employee fringe benefit contributions and dues payments to the Plaintiff Funds.

14.    Under the terms of the collective bargaining agreements, participation agreements, and trust agreements, ALLIED POWER SERVICES, LLC is required to make fringe benefit contributions and dues payments to the Plaintiff Funds on behalf of employees performing work covered by the collective bargaining agreement; the contributions and dues are required to be at the hourly rates indicated in the collective bargaining agreement and participation agreements.  Under the terms of

the agreements, ALLIED POWER SERVICES, LLC is also required to submit monthly remittance reports identifying, among other things, the employees covered under the collective bargaining agreement and the amount of contributions and dues to be remitted on behalf of each covered employee.

15.     In or about August 2020, the Plaintiff Funds conducted a payroll compliance audit of ALLIED POWER SERVICES, LLC for the period January 1, 2019 through June 30, 2020. A copy of that audit is attached as *Exhibit B*. The audit revealed that ALLIED POWER SERVICES, LLC failed and refused to pay all contributions and work dues in accordance with the provisions of the collective bargaining agreements, participation agreements, and trust agreements. The unpaid amounts total not less than the following:

Audit Liabilities (1/1/2019 through 6/30/2020):                $38,049.71

Total:     $38,049.71

16.     Audit costs, for which ALLIED POWER SERVICES, LLC is liable in accordance with the collective bargaining agreements, participation agreements, and trust agreements, total not less than $2,869.02. A copy of the audit invoice is attached as *Exhibit C*.

17.     The participation agreements and trust agreements provide for a penalty assessment equal to 10% of the contributions unpaid on the 15th day of the month next following the month for which the contributions are due. ERISA additionally provides, in 29 U.S.C. § 1132(g)(2)(C), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…liquidated damages provided for under the plan in an amount not in excess of 20 percent."

18.     Because contributions were not paid when due, ALLIED POWER SERVICES, LLC incurred 10% penalty assessments in accordance with the participation agreements and trust agreements totaling not less than the following:

| | |
|---|---|
| Audit Liabilities (1/1/2019 through 6/30/2020): | $3,804.97 |
| **Total:** | **$3,804.97** |

19.     The total amount owed by ALLIED POWER SERVICES, LLC to plaintiffs is not less than **$44,723.70**, consisting of not less than: $38,049.71 in audit labilities (delinquent fringe benefit contributions), $3,804.97 in late payment penalties, and $2,869.02 in audit costs.

20.     ALLIED POWER SERVICES, LLC has failed and refused to pay the amount of $44,723.70 known to be due to Plaintiffs.

21.     Plaintiffs have been required to employ auditors and the undersigned attorneys to identify and pursue collection of the amount due from ALLIED POWER SERVICES, LLC

22.     ERISA provides, in 29 U.S.C. § 1132(g)(2)(D), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…reasonable attorney's fees and costs of the action, to be paid by the defendant."  The participation agreements and trust agreements also provide that employers who become delinquent in making fringe benefit contributions are liable to the Plaintiff Funds for the cost of an audit and attorney's fees and costs.

23.     ERISA provides, 29 U.S.C. § 1132(g)(2)(B), that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court shall award the plan…interest on the unpaid contributions."

WHEREFORE, Plaintiffs respectfully request that this Court:

A.     Enter judgment against ALLIED POWER SERVICES, LLC in favor of Plaintiffs.

B.     Order ALLIED POWER SERVICES, LLC to pay Plaintiffs not less than $44,723.70.

C.     Order ALLIED POWER SERVICES, LLC to pay interest, costs, and reasonable attorney's fees to Plaintiffs pursuant to 29 U.S.C. § 1132(g)(2).

D.     Order ALLIED POWER SERVICES, LLC to perform and continue to perform all obligations it has undertaken with respect to the Plaintiff Funds.

E.      Grant Plaintiffs such other and further relief as may be just.


Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et al*.

By:   /s/ *Richard A. Toth*
       One of their attorneys


GEORGES & SYNOWIECKI, LTD.
20 S. Clark St., Suite 400
Chicago, IL  60603-1903
(312) 726-8797

156669

LOA 1007 - 429

# EXELON GENERATING AMENDMENT

## Letter of Assent

The undersigned Contractor, its successors and assigns (hereinafter referred to as "Contractor") subject to the approval of the **GENERAL PRESIDENTS' COMMITTEE ON CONTRACT MAINTENANCE** hereby agrees to the terms set forth in the Exelon Generation Company, LLC, Generating Facility Amendment to the General Presidents' Project Maintenance Agreement dated April 14, 2005.

Promptly upon approval of this Letter of Assent by the **GENERAL PRESIDENTS' COMMITTEE ON CONTRACT MAINTENANCE**, a copy of this Letter shall be furnished to the Contractor and to the Exelon Generation Company LLC.

**CONTRACTOR**

Company Allied Power Services, LLC

Address 400 Convention St. Suite 320    Phone: 773-620-3635

Fax: 225-454-6957

Baton Rouge, LA 70802    Dated: 6-6-17

By: Dean Sack    E-mail: dsack@alliedpwr.com

Title: Vice President

Approved:

General Presidents' Committee on Contract Maintenance

By: R. Bu

Dated: 7/27/17



Exelon Copy

RECEIVED
APR 16 2019

**EXHIBIT A**

in September 2017, at which time empirical data collected by Exelon for time required by persons to complete the ePHQ will be presented to PNC for review. The two-hour/one-hour pay terms described in the Compensation section above will be reviewed by the Exelon GPPMA PNC at the time using the ePHQ data collected. At the September 2017 meeting, the Exelon GPPMA PNC may extend, modify or terminate the terms agreed to in the BOC. In the absence of an Agreement by the Exelon GPPMA PNC to extend or modify the terms of the BOC, it will automatically expire on December 31, 2017.

7.  The Contractor and the Union, parties to this Nuclear Production Services Agreement, agree to adopt whatever decision is made by the Exelon GPPMA PNC regarding whether to extend, modify, or terminate the terms of the ePHQ Compensation plan.

## ARTICLE XVII – TERMINATION

This Agreement shall become effective January 1, 2019, and shall remain in full force and effect until December 31, 2021, and shall continue in effect from year to year thereafter unless notice of termination is given by either party at least one hundred twenty (120) days prior to each successive anniversary date.

## ACCEPTANCE OF AGREEMENT

**FOR THE CONTRACOR**

Allied Power Services, LLC

_____

_____

**FOR THE UNION**

LiUNA Midwest Region

John F. Penn
Vice President & Midwest Regional Manager



## SCHEDULE "A1"

### 2019

The following classifications and wages will be paid at **Quad Cities Nuclear Station, Codrova, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2019 = 3.25% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2019. Pension and Health & Welfare numbers are to be determined below by the Union in late 2018. Total Package figures are correct and will not change.**

*Effective January 1, 2019 through December 31, 2019*

| 2019 | Pension | H&W | Annuity | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation (Deduct) | Dues[2] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | $ 8.44 | $ 7.05 | $ 1.01 | $ .05 | $ .19 | $ 24.53 | $ 41.27 | $ 2.34 | 5.00% |
| Class B | $ 8.44 | $ 7.05 | $ .50 | $ .05 | $ .19 | $ 21.92 | $ 38.15 | $ 1.46 | 5.00% |
| Class C | $ 8.44 | $ 7.05 | | | | $ 15.71 | $ 31.20 | $ .47 | 5.00% |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Dues Deduct = 5% of Gross Wages – All Classifications

### Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

### Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

### Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

> Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
> General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

13

*Schedule "A1" 2019*
*Quad Cities Station*
*Cordova, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

Name

Title

FOR THE UNION
LIUNA Midwest Regional Office

John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 309, Rock, Island, Illinois

SCHEDULE "A2"

2020

The following classifications and wages will be paid at **Quad Cities Nuclear Station, Codrova, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2020 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2020. Pension and Health & Welfare numbers are to be determined below by the Union in late 2019. Total Package figures are correct and will not change.**

*Effective January 1, 2020 through December 31, 2020*

| 2020 | Pension | H&W | Annuity | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation (Deduct) | Dues[2] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | TBD | TBD | TBD | TBD | TBD | TBD | $ 42.51 | TBD | TBD |
| Class B | TBD | TBD | TBD | TBD | TBD | TBD | $ 39.10 | TBD | TBD |
| Class C | TBD | TBD | | | | TBD | $ 31.98 | TBD | TBD |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Dues Deduct = TBD% of Gross Wages – All Classifications

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

> Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
> General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

15

*Schedule "A2" 2020*
*Quad Cities Station*
*Cordova, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 309, Rock, Island, Illinois

_____

16

N/30/2020/THU 03:14 PM   Laborer's Union 309      FAX No. 3097865486            P. 001

PSA

## SCHEDULE "A2"

### 2020

The following classifications and wages will be paid at Quad Cities Nuclear Station, Cordova, Illinois by Allied Power Services, LLC (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2020 = 3.0% for Class A and 2.5% for Classes B & C.

Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2020. Pension and Health & Welfare numbers are to be determined below by the Union in late 2019. Total Package figures are correct and will not change.

*Effective January 1, 2020 through December 31, 2020*

| 2020 | Pension | H&W | Annuity | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation (Deduct) | Dues[2] (Deduct) |
|------|---------|-----|---------|----------|-------|-------------|---------------|-------------------|------------------|
| Class A | $ 8.86 | $ 7.15 | $ 1.01 | $ .05 | $ .19 | $ 25.25 | $ 42.51 | $ 2.70 | 5.00% |
| Class B | $ 8.86 | $ 7.15 | $ .50 | $ .05 | $ .19 | $ 22.35 | $ 39.10 | $ 1.67 | 5.00 % |
| Class C | $ 8.86 | $ 7.15 | | | | $ 15.97 | $ 31.98 | $ .73 | 5.00 % |

Note 1: For Classification "C" – Training and LECET are N/A -- amount to hourly rate listed
Note 2: Dues Deduct = 5.00% of Gross Wages – All Classifications

### Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

### Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

### Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

15

JAN/30/2020/THU 03:14 PM    Laborer's Union 309    FAX No. 3097865486    P. 002

*Schedule "A2" 2020*
*Quad Cities Station*
*Cordova, Illinois*

*Page 1 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

VP Allied Power Services LLC
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 309, Rock, Island, Illinois

_____

JAN 30 2020

16

SCHEDULE "A3"

2021

The following classifications and wages will be paid at **Quad Cities Nuclear Station, Codrova, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2021 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2021. Pension and Health & Welfare numbers are to be determined below by the Union in late 2020. Total Package figures are correct and will not change.**

*Effective January 1, 2021 through December 31, 2021*

| 2021 | Pension | H&W | Annuity | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation (Deduct) | Dues[2] (Deduct) |
|------|---------|-----|---------|-------------|----------|-------------|---------------|-------------------|------------------|
| Class A | TBD | TBD | TBD | TBD | TBD | TBD | $ 43.79 | TBD | TBD |
| Class B | TBD | TBD | TBD | TBD | TBD | TBD | $ 40.08 | TBD | TBD |
| Class C | TBD | TBD | | | | TBD | $ 32.78 | TBD | TBD |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Dues Deduct = TBD% of Gross Wages – All Classifications

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

*Schedule "A3" 2021*
*Quad Cities Station*
*Cordova, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

Allied Power Services LLC
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 309, Rock, Island, Illinois

_____

18

SCHEDULE "A1"

2019

The following classifications and wages will be paid at LaSalle Nuclear Power Station, Marseilles, Illinois by Allied Power Services, LLC (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2019 = 3.25% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2019. Pension and Health & Welfare numbers are to be determined below by the Union in late 2018. Total Package figures are correct and will not change.**

*Effective January 1, 2019 through December 31, 2019*

| 2019 | Pension | H&W | Annuity[2] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[1] (Deduct) | Dues[1] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | $ 10.46 | $ 9.12 | $ .63 | $ .05 | $ .19 | $ 22.40 | $ 42.85 | 1.00 | 4.2% |
| Class B | $ 10.46 | $ 9.12 | $ .63 | $ .05 | $ .19 | $ 18.99 | $ 39.44 | 1.00 | 4.2% |
| Class C[3] | $ 8.54 | $ 9.12 | N/A | N/A | N/A | $ 15.58 | $ 33.24 | 0.00 | 4.2% |

Note 1: Vacation Deduct - $1/hr. (A&B Only). Dues Deduct = TBD % of Gross Wages (A, B & C)
Note 2: Annuity = (A&B only and based on hours paid. Example for A: ST=$.63; OT= $.95; DT = $1.26)
Note 3: For Class C, Training & LECET are N/A; amount added to Hourly Wage instead

## Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

## Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

## Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.
    Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
    General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

LaSalle Station only: The Union and the Contractor agree that Laborer activities related to Reactor Cavity Decontamination and all temporary lead shielding at LaSalle Station are the work of the Laborers working under the terms of the General President' Project Maintenance Agreement for Exelon Generation Company, LLC Generating Facilities.

*Schedule "A1" 2019*
*LaSalle Nuclear Power Station*
*Marseilles, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

Allied Power Services LLC
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 393, Marseilles Illinois

_____

20

SCHEDULE "A2"

2020

The following classifications and wages will be paid at **LaSalle Nuclear Power Station, Marseilles, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2020 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2020. Pension and Health & Welfare numbers are to be determined below by the Union in late 2019. Total Package figures are correct and will not change.**

*Effective January 1, 2020 through December 31, 2020*

| 2020 | Pension | H&W | Annuity[2] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[1] (Deduct) | Dues[1] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | TBD | TBD | TBD | TBD | TBD | TBD | $ 44.14 | TBD | TBD |
| Class B | TBD | TBD | TBD | TBD | TBD | TBD | $ 40.43 | TBD | TBD |
| Class C[3] | TBD | TBD | N/A | N/A | N/A | TBD | $ 34.07 | TBD | TBD |

Note 1: Vacation Deduct - $1/hr. (A&B Only). Dues Deduct = TBD % of Gross Wages (A, B & C)
Note 2: Annuity = (A&B only and based on hours paid. Example for A: ST=$.63; OT= $.95; DT = $1.26)
Note 3: For Class C, Training & LECET are N/A; amount added to Hourly Wage instead

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.
    Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
    General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

LaSalle Station only: The Union and the Contractor agree that Laborer activities related to Reactor Cavity Decontamination and all temporary lead shielding at LaSalle Station are the work of the Laborers working under the terms of the General President' Project Maintenance Agreement for Exelon Generation Company, LLC Generating Facilities.

*Schedule "A2" 2020*
*LaSalle Nuclear Power Station*
*Marseilles, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 393, Marseilles Illinois

_____

22

**SCHEDULE "A2"**

**2020**

The following classifications and wages will be paid at **LaSalle Nuclear Power Station, Marseilles, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2020 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2020. Pension and Health & Welfare numbers are to be determined below by the Union in late 2019. Total Package figures are correct and will not change.**

*Effective January 1, 2020 through December 31, 2020*

| 2020 | Pension | H&W | Annuity[2] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[1] (Deduct) | Dues[1] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | $ 10.98 | $ 9.22 | $ .63 | $ .05 | $ .19 | $ 23.07 | $ 44.14 | $ 1.00 | 4.2% |
| Class B | $ 10.98 | $ 9.22 | $ .63 | $ .05 | $ .19 | $ 19.36 | $ 40.43 | $ 1.00 | 4.2% |
| Class C[3] | $ 8.97 | $ 9.22 | N/A | N/A | N/A | $ 15.88 | $ 34.07 | $ 0.00 | 4.2% |

Note 1: Vacation Deduct - $1/hr. (A&B Only). Dues Deduct = 4.2% of Gross Wages (A, B & C)
Note 2: Annuity = (A&B only and based on hours paid. Example for A: ST=$.63; OT=$.95; DT = $1.26)
Note 3: For Class C, Training & LECET are N/A; amount added to Hourly Wage instead

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.
    Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
    General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

LaSalle Station only: The Union and the Contractor agree that Laborer activities related to Reactor Cavity Decontamination and all temporary lead shielding at LaSalle Station are the work of the Laborers working under the terms of the General President' Project Maintenance Agreement for Exelon Generation Company, LLC Generating Facilities.

*Schedule "A2" 2020*
*LaSalle Nuclear Power Station*
*Marseilles, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

Name

Title

FOR THE UNION
LIUNA Midwest Regional Office

John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 393, Marseilles Illinois

FEB 3 2020

22

SCHEDULE "A3"

2021

The following classifications and wages will be paid at **LaSalle Nuclear Power Station, Marseilles, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees. Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2021 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2021. Pension and Health & Welfare numbers are to be determined below by the Union in late 2020. Total Package figures are correct and will not change.**

*Effective January 1, 2021 through December 31, 2021*

| 2021 | Pension | H&W | Annuity[2] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[1] (Deduct) | Dues[1] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | TBD | TBD | TBD | TBD | TBD | TBD | $ 45.46 | TBD | TBD |
| Class B | TBD | TBD | TBD | TBD | TBD | TBD | $ 41.44 | TBD | TBD |
| Class C[3] | TBD | TBD | N/A | N/A | N/A | TBD | $ 34.92 | TBD | TBD |

Note 1: Vacation Deduct - $1/hr. (A&B Only). Dues Deduct = TBD % of Gross Wages (A, B & C)
Note 2: Annuity = (A&B only and based on hours paid. Example for A: ST=$.63; OT=$.95; DT = $1.26)
Note 3: For Class C, Training & LECET are N/A; amount added to Hourly Wage instead

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.
    Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
    General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

LaSalle Station only: The Union and the Contractor agree that Laborer activities related to Reactor Cavity Decontamination and all temporary lead shielding at LaSalle Station are the work of the Laborers working under the terms of the General President' Project Maintenance Agreement for Exelon Generation Company, LLC Generating Facilities.

23

*Schedule "A3" 2021*
*LaSalle Nuclear Power Station*
*Marseilles, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 393, Marseilles Illinois

_____

24

SCHEDULE "A1"

2019

The following classifications and wages will be paid at **Byron Nuclear Power Station, Byron Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees. Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2019 = 3.25% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2019. Pension and Health & Welfare numbers are to be determined below by the Union in late 2018. Total Package figures are correct and will not change.**

*Effective January 1, 2019 through December 31, 2019*

| 2019 | Pension | H&W[4] | Annuity[3] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[2] (Deduct) | Dues[2] (Deduct) |
|------|---------|--------|-----------|-------------|----------|-------------|---------------|-----------|--------|
| Class A | $ 7.17 | $ 9.12 | $ 4.10 | $ .05 | $ .19 | $ 24.95 | $ 45.58 | N/A | See Note |
| Class B | $ 7.17 | $ 9.12 | $ 4.10 | $ .05 | $ .19 | $ 21.88 | $ 42.51 | N/A | See Note |
| Class C | $ 7.17 | $ 9.12 | N/A | N/A | N/A | $ 19.92 | $ 36.21 | N/A | See Note |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Vacation Deduct = $0.00/hr. Dues Deduct = TBD of Gross Wages Plus $0.04/hr Building Trades.
Note 3: Class A & B only. Hours paid. ST=$4.10; OT=$6.15; DT=$8.20
Note 4: $9.12 = $8.40 paid to North Central Illinois Laborers' H&W Fund plus $.72 paid to Northern Illinois Welfare Fund

## Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

## Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

## Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

Lead shielding work and support for steam generator maintenance are classified as GPPMA activities.

25

*Schedule "A1" 2019*
*Byron Nuclear Power Station*
*Byron, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 727, Dixon, Illinois

_____

MAR 1 8 2019

26

SCHEDULE "A2"

2020

The following classifications and wages will be paid at **Byron Nuclear Power Station, Byron, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2020 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2020. Pension and Health & Welfare numbers are to be determined below by the Union in late 2019. Total Package figures are correct and will not change.**

*Effective January 1, 2020 through December 31, 2020*

| 2020 | Pension | H&W[4] | Annuity[3] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[2] (Deduct) | Dues[2] (Deduct) |
|------|---------|--------|-----------|-------------|----------|-------------|---------------|----------------------|------------------|
| Class A | TBD | TBD | TBD | TBD | TBD | TBD | $ 46.95 | N/A | See Note |
| Class B | TBD | TBD | TBD | TBD | TBD | TBD | $ 43.57 | N/A | See Note |
| Class C | TBD | TBD | TBD | N/A | N/A | TBD | $ 37.12 | N/A | See Note |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed

Note 2: Vacation Deduct = $0.00/hr. Dues Deduct = TBD % of Gross Wages Plus $0.04/hr Building Trades.

Note 3: Class A & B only. Hours paid. ST=$4.10; OT=$6.15; DT=$8.20

Note 4: $TBD = $TBD paid to North Central Illinois Laborers' H&W Fund plus $.72 paid to Northern Illinois Welfare Fund

## Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

## Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

## Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

Lead shielding work and support for steam generator maintenance are classified as GPPMA activities.

*Schedule "A2" 2020*
*Byron Nuclear Power Station*
*Byron, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

Allied Power Services LLC
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 727, Dixon, Illinois

_____

P.001/002          No.: R096 L1          01/31/2020 13:16

SCHEDULE "A2"

2020

The following classifications and wages will be paid at <u>Byron Nuclear Power Station, Byron Illinois</u> by <u>Allied Power Services, LLC</u> (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package Increase for 2020 = 3.0% for Class A and 2.5% for Classes B & C.

<u>Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2020. Pension and Health & Welfare numbers are to be determined below by the Union in late 2019. Total Package figures are correct and will not change.</u>

*Effective January 1, 2020 through December 31, 2020*

| 2020 | Pension | H&W[4] | Annuity[3] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[2] (Deduct) | Dues[2] (Deduct) |
|------|---------|--------|-----------|------------|----------|-------------|---------------|----------------------|------------------|
| Class A | $ 7.52 | $ 9.22 | $ 4.10 | $.05 | $.20 | $ 25.86 | $ 46.95 | N/A | See Note |
| Class B | $ 7.52 | $ 9.22 | $ 4.10 | $.05 | $.20 | 22.48 | $ 43.57 | N/A | See Note |
| Class C | $ 7.52 | $ 9.22 | N/A | N/A | N/A | 20.38 | $ 37.12 | N/A | See Note |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Vacation Deduct = $0.00/hr. Dues Deduct = 4 % of Gross Wages Plus $.04/hr Building Trades.
Note 3: Class A & B only. Hours paid. ST=$ 4.10; OT=$ 6.15; DT=$ 8.20
Note 4: $ 9.22 = $ 8.50 paid to North Central Illinois Laborers' H&W Fund plus $ .72 paid to Northern Illinois Welfare Fund

## Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

## Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

## Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

Lead shielding work and support for steam generator maintenance are classified as GPPMA activities.

p.1          815-284-1318          LABORERS LOCAL 727          Jan 31 20 11:49a

*Schedule "A2" 3020*
*Byron Nuclear Power Station*
*Byron, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 727, Dixon, Illinois

_____

FEB - 3 2020

28

SCHEDULE "A3"

2021

The following classifications and wages will be paid at **Byron Nuclear Power Station, Byron Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees, Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2021 = 3.0% for Class A and 2.5% for Classes B & C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2021. Pension and Health & Welfare numbers are to be determined below by the Union in late 2020. Total Package figures are correct and will not change.**

*Effective January 1, 2021 through December 31, 2021*

| 2021 | Pension | H&W[4] | Annuity[3] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[2] (Deduct) | Dues[2] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | TBD | TBD | TBD | TBD | TBD | TBD | $ 48.36 | N/A | See Note |
| Class B | TBD | TBD | TBD | TBD | TBD | TBD | $ 44.66 | N/A | See Note |
| Class C | TBD | TBD | N/A | N/A | N/A | TBD | $ 38.05 | N/A | See Note |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Vacation Deduct = TBD /hr. Dues Deduct = TBD% of Gross Wages Plus TBD /hr Building Trades.

Note 3: Class A & B only. Hours paid. ST= TBD; OT=$ TBD; DT= $ TBD
Note 4: TBD = TBD paid to North Central Illinois Laborers' H&W Fund plus $ TBD paid to Northern Illinois Welfare Fund

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

     Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
     General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

Lead shielding work and support for steam generator maintenance are classified as GPPMA activities.

*Schedule "A3" 2021*
*Byron Nuclear Power Station*
*Byron, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

Name

Allied Power Services LLC
Title

FOR THE UNION
LIUNA Midwest Regional Office

John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 727 Dixon, Illinois

30

22348
15666

## SCHEDULE "A2"
### 2017

The following classifications and wages will be paid at <u>Quad Cities Nuclear Station, Cordova, Illinois</u> by <u>Allied Power Services, LLC</u> (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees. Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area.  Total package increase for 2017 = 3.10% for Classes A&B and 3.50% for Class C.

<u>Fringe benefits to be deducted from Classifications "A", "B", and "C" in 2017 are estimated below and will be finalized by the Union in late 2016:</u>

*Effective January 1, 2017 through December 31, 2017*

| 2017 | Pension | H&W | Annuity | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation (Deduct) | Dues[2] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | $ 7.64 | $ 7.00 | $ - | $ 0.05 | $ 0.18 | $ 23.84 | $ 38.71 | $ 1.31 | 5.00% |
| Class B | $ 7.64 | $ 7.00 | $ - | $ 0.05 | $ 0.18 | $ 21.18 | $ 36.05 | $ 1.31 | 5.00% |
| Class C | $ 7.64 | $ 7.00 | $ - | $ - | $ - | $ 14.79 | $ 29.44 | $ 0.33 | 5.00% |

Note 1: For Classification "C" - Training and LECET are N/A – amount added to hourly rate instead.
Note 2: Dues Deduct = 5% of Gross Wages – all Classifications.

## Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/Respirator and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P.), Tool Decon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

## Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control and Confined Spaces When Wearing Protective Clothing, Scrubs or Clean Clothing, Firewatch.

## Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member.  (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member.  (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

*Schedule "A2" 2017*
*Quad Cities Station*
*Cordova, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR

Allied Power Services, LLC

_Robert Ne_____ 8/3/17
Name
_Executive Director_
Title

FOR THE UNION

LIUNA Midwest Regional Office

John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local 309, Rock Island, Illinois

Brad Long, Business Manager

#15666

SCHEDULE "A3"

2018

The following classifications and wages will be paid at **Byron Nuclear Power Station, Byron Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees. Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2018 = 3.25% for Classes A&B and 3.40% for Class C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2018. Pension and Health & Welfare numbers are to be determined below by the Union in late 2017. Total Package figures are correct and will not change.**

*Effective January 1, 2018 through December 31, 2018*

| 2018 | Pension | H&W[4] | Annuity[3] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[2] (Deduct) | Dues[2] (Deduct) |
|---|---|---|---|---|---|---|---|---|---|
| Class A | 6.83 | 8.92 | 4.10 | .05 | .18 | 24.07 | 44.15 | N/A | See Note |
| Class B | 6.83 | 8.92 | 4.10 | .05 | .18 | 21.39 | 41.47 | N/A | See Note |
| Class C | 6.83 | 8.92 | N/A | N/A | N/A | 19.58 | 35.33 | N/A | See Note |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Vacation Deduct = $0.00/hr. Dues Deduct = 4% of Gross Wages Plus $0.04/hr Building Trades.
Note 3: Class A & B only. Hours paid. ST=$4.10; OT=$6.15; DT=$8.20
Note 4: $8.92 = $8.20 paid to North Central Illinois Laborers' H&W Fund plus $.72 paid to Northern Illinois Welfare Fund

**Classification "A" Jurisdiction**
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

**Classification "B" Jurisdiction**
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

**Classification "C" Jurisdiction**
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

RECEIVED FEB 2? 2018

*Schedule "A3" 2018*
*Byron Nuclear Power Station*
*Byron, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 727, Byron, Illinois

_____



#1544

## SCHEDULE "A3"

### 2018

The following classifications and wages will be paid at **LaSalle Nuclear Power Station, Marseilles, Illinois** by **Allied Power Services, LLC** (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees. Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2018 = 3.25% for Classes A&B and 3.40% for Class C.

**Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2018. Pension and Health & Welfare numbers are to be determined below by the Union in late 2017. Total Package figures are correct and will not change.**

*Effective January 1, 2018 through December 31, 2018*

| 2018 | Pension | H&W | Annuity[2] | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation[1] (Deduct) | Dues[1] (Deduct) |
|------|---------|-----|-----------|-------------|----------|-------------|---------------|----------------------|------------------|
| Class A | $ 9.96 | $ 8.92 | $ .63 | $ .05 | $ .18 | $ 21.76 | 41.50 | 1.00 | 4.2% |
| Class B | $ 9.96 | $ 8.92 | $ .63 | $ .05 | $ .18 | $ 18.74 | 38.48 | 1.00 | 4.2% |
| Class C[3] | $ 8.14 | $ 8.92 | N/A | N/A | N/A | $ 15.37 | 32.43 | 0.00 | 4.2% |

Note 1: Vacation Deduct - $1/hr. (A&B Only). Dues Deduct = 4.2% of Gross Wages (A, B & C)
Note 2: Annuity = (A&B only and based on hours paid. Example for A: ST=$.63; OT= $.95; DT = $1.26)
Note 3: For Class C, Training & LECET are N/A; amount added to Hourly Wage instead

### Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

### Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

### Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

     Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
     General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

RECEIVED FEB 2 8 2019

*Schedule "A3" 2018*
*LaSalle Nuclear Power Station*
*Marseilles, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager


Laborers' Local Union 393, Marseilles Illinois



SCHEDULE "A3"

2018

The following classifications and wages will be paid at <u>Quad Cities Nuclear Station, Codrovn, Illinois</u> by <u>Allied Power Services, LLC</u> (Contractor) for employees working under the LiUNA Midwest Region Agreement for Nuclear Production Services, Custodial and Ground Maintenance Employees. Fringe benefits tend to change in different areas and zones from time to time and, according to Trust Agreements, the current fringe benefit contribution will have to be the determining factor. Therefore, all of the rates listed include all wage and fringe benefits and fringes will be deducted from same in the amount called for in each respective area. Total package increase for 2018 = 3.25% for Classes A&B and 3.40% for Class C.

<u>Fringe benefits to be deducted from Classifications "A", "B" and "C" in 2018. Pension and Health & Welfare numbers are to be determined below by the Union in late 2017. Total Package figures are correct and will not change.</u>

*Effective January 1, 2018 through December 31, 2018*

| 2018 | Pension | H&W | Annuity | Training[1] | LECET[1] | Hourly Wage | Total Package | Vacation (Deduct) | Dues[2] (Deduct) |
|------|---------|-----|---------|-------------|----------|-------------|---------------|-------------------|------------------|
| Class A | $ 8.04 | $ 7.00 | $ .51 | $ .05 | $ .18 | $ 24.19 | $ 39.97 | $ 1.66 | 5.00% |
| Class B | $ 8.04 | $ 7.00 | $ .50 | $ .05 | $ .18 | $ 21.45 | $ 37.22 | $ 1.46 | 5.00% |
| Class C | $ 8.04 | $ 7.00 | | | | $ 15.40 | $ 30.44 | $ .47 | 5.00% |

Note 1: For Classification "C" – Training and LECET are N/A – amount to hourly rate listed
Note 2: Dues Deduct = 5% of Gross Wages – All Classifications

## Classification "A" Jurisdiction
Lead Shielding, DAW Separation, DeCon w/ Respirator; and/or Rubber Gear, Bead Blast, Cavity Wash, Sump Cleaning, Specific Area DeCon for Clean Release (S.O.P), Tool DeCon, Contaminated and Dirty Laundry Pick-Up, Junior Rad Tech.

## Classification "B" Jurisdiction
Crib House, Escort Duties, General Areas (No S.O.P.), Clean Laundry Distribution, Soiled Laundry Pickup, Robotics, FME Control, and Confined Spaces When Wearing Protective Clothing, Scrubs or Cleaning Clothing, Firewatch.

## Classification "C" Jurisdiction
Non-Operating Plant Janitorial, Service Building Janitor, Office Trailer Janitorial, Furniture Moves, Snow Removal, Lawn Mowing, Landscaping, Grounds Keeping.

Foreman = 1.10 times (10%) the rate of the highest crew member. (All Classifications)
General Foreman = 1.15 times (15%) the rate of the highest crew member. (All Classifications)

Fringe benefits to be deducted are determined by the Union. Any increase to the above fringe benefit funds will be subtracted from the above wage rates.

*Schedule A-3 – 2018*
*Quad Cities Station*
*Cordova, Illinois*

*Page 2 of 2*

FOR THE CONTRACTOR
ALLIED POWER SERVICES, LLC

_____
Name

_____
Title

FOR THE UNION
LIUNA Midwest Regional Office

_____
John F. Penn
Vice President and Midwest Regional Manager

Laborers' Local Union 309, Rock Island, Illinois

_____



STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
ALLIED POWER SERVICES, LLC
ON BEHALF OF THE
CENTRAL LABORERS' PENSION,
WELFARE AND ANNUITY FUNDS
FOR THE PERIOD
JANUARY 1, 2019 THROUGH JUNE 30, 2020



EXHIBIT

**B**



ROMOLO
& ASSOCIATES, LLC
CERTIFIED PUBLIC ACCOUNTANTS

1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

Central Laborers' Pension,
Welfare and Annuity Funds
Jacksonville, Illinois

We have performed the procedures enumerated on the attached supplement, which were agreed to by the Central Laborers Pension, Welfare, & Annuity Funds (the Fund), solely to assist you with respect to the selected payroll and related records of Allied Power Services, LLC for the period of January 1, 2019 through June 30, 2020. The employer's management is responsible for the employer records provided to us. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the collective bargaining agreements, participation agreements, and Central Laborers Pension, Welfare, & Annuity Funds' Trust Agreements. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Fund. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

Our procedures performed are found on the attached supplement.

In connection with the above procedures, certain matters came to our attention that resulted in findings of additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $38,049.71.

In addition, the accompanying notes herein identify any special circumstances that we believe the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Our procedures were related to an examination of the employer's payroll records provided to us and did not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed. Had we performed additional procedures other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information of the Central Laborers Pension, Welfare, & Annuity Funds and is not intended to be and should not be used by anyone other than those specified parties.

*Romolo & Associates, LLC*

Romolo & Associates, LLC
Certified Public Accountants
Peoria, IL
November 23, 2020

DEC 1 1 2020

## CONSULTING AGREEMENT PROCEDURES PERFORMED

1.  Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2.  Obtained access to some or all of the following accounting records from the Employer:

    o  Payroll journals or computer printouts with paycheck history, employee hours, gross wages
    o  Individual earnings and time records on all employees or computer printout with paycheck history
    o  Annual earnings records (W-2's and W-3)
    o  Quarterly employer's federal withholding and FICA tax returns (Forms 941)
    o  Quarterly employer's contribution and wages reports for state unemployment compensation
    o  Employer's copies of monthly fringe benefit report forms
    o  Employee occupation listing
    o  Cash disbursement records
    o  Payments to subcontractors
    o  Most recent union contract

3.  To determine that we were provided with the entire payroll we performed the following procedure:

    o  Agreed gross wages per the Employer's payroll to the W-2s/W3 on a test basis

4.  In order to determine that all hours/months for covered work were properly reported to the Funds we performed the following test procedures on some or all employees:

    o  Determined classifications of employees and/or their union affiliation based on the employer's records
    o  Compared hours/months worked, per the employer's records, by covered employees to the hours/months reported based on information reported by the Fund
    o  Reviewed and relied upon union report forms filed with other benefit funds as provided to us by the employer for hours worked by covered participants, not reported to the Fund

5.  Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

    (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

**ALLIED POWER SERVICES, LLC**
**NOTES TO CONSULTING PROCEDURES**
**JANUARY 1, 2019 THROUGH JUNE 30, 2020**

**NOTE 1       NON-MANUAL SUPERVISORS**

Prior to our examination, the Fund requested assistance with obtaining union authorization forms for Laborers employed as Non-Manual Supervisors at the Clinton, Byron, LaSalle, and Quad Cities Nuclear Station facilities. Below is a list of each of the individuals identified by the Fund and a summary of the information we identified during our examination. We have also listed any action taken in our report pertaining to hours worked for these individuals. Please be advised that the employer provided us with additional Union Benefit Authorization Benefit Forms for individuals who signed them for Allied Power Services, LLC. We have attached all of the forms provided to us for the Fund's review; although it appears as though there is only one which pertains to the Fund's jurisdiction, for Al Sutton, under Local 727.

**JAMES HOLCOMB**

The Fund provided us with a Union Authorization Benefit Form which Mr. Holcomb executed with Allied Power Services, LLC under Local 309, which was signed March 12, 2019.

During our examination period, the employer reported Mr. Holcomb under the Local 309 Building contract. He was last reported to the Fund in October 2019. Based upon our review of the employer's records provided to us, there were no hours listed in the payroll after that time. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund.

**RON CARMICHAEL**

We were not provided with a Union Benefit Authorization Form for Mr. Carmichael by the Fund or the employer. Based upon our review of the employer's records provided to us, Mr. Carmichael was not listed in the employer's payroll during our examination period.

Page 2

**NOTE 1 (cont'd)**

**DEREK BAILEY**

Mr. Bailey signed a form entitled "Employee Request for Union Benefits as of February 27, 2020, which was provided to us by the Fund office. Although Local 393 was listed on this form, the employer reported Mr. Bailey under Local 393, the employer also reported Mr. Bailey under Local 727 during our examination period. The Local 393 hours were reported under the General Presidents Project Maintenance Agreement, with the exception of March 2020 and April 2020. These hours were reported under the Local 393 Non-Manual Supervisor contract. The Local 727 hours were reported under the Byron Nuclear Power Station General Presidents Project Maintenance Agreement. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund.

**TODD STEHL**

We were not provided with a Union Benefit Authorization Form by the Fund office or by the employer. During our examination period, the employer reported Mr. Stehl under the Local 393 General Presidents Project Maintenance Agreement and the Local 727 General Presidents Project Maintenance Agreement for the Byron Nuclear Power Station. They also reported Mr. Stehl under the Local 309 Building contract in March 2020 and April 2020. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund.

**JOSEPH VICKERS**

The Fund provided us with a signed Union Benefit Authorization Form for Allied Power which pertains to the Local 393 Braidwood Nuclear Power Station. The form was signed by Mr. Vickers on 01/23/18. During our examination period the employer reported Mr. Vickers to the Fund under the Local 393 Production Service Agreement. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund.

Page 3

**NOTE 1 (cont'd)**

**KEVIN COUCH**

We were not provided with a Union Benefit Authorization Form from the Fund office or the employer for Kevin Couch. During our examination period the employer reported Mr. Couch to the Fund under the Local 393 General Presidents Project Maintenance Agreement for Local 393 and the Local 727 General Presidents Project Maintenance Agreement for Local 727, the Byron Nuclear Power Station. In April 2020, the employer reported Mr. Couch to the Fund under the Local 309 Building contract. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund

**LAWRENCE LUKENS**

The Fund provided us with a copy of an Allied Power Union Authorization Form signed by Mr. Lukens on 01/29/19. This form pertained to Local 703 and the Clinton Nuclear Power Station. During our examination period, the employer reported Mr. Lukens under the Non Manual Supervisor agreement in Local 703. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund.

**RICH GRIFFITH**

We were not provided with a Union Benefit Authorization Form by the Fund or the employer for Mr. Griffith. Based upon our review of the employer's records provided to us, Mr. Griffith was not listed in the employer's payroll for our examination period.

**JOHN WITHEROW**

We were not provided with a Union Benefit Authorization Form by the Fund office or the employer for Mr. Witherow. The employer reported Mr. Witherow to the Fund under the General Presidents Project Maintenance Agreement for Local 727, the Byron Nuclear Power Station in 2019. However, the hours listed in the payroll for Mr. Witherow were not reported in 2020. The employer representative stated that he withdrew from the union and decided to get benefits directly from the employer. After conferring with the Fund, we were directed to show the unreported hours for Mr. Witherow as due herein. We have shown them as due under Local 727GPPMA*.

Page 4

**NOTE 1 (cont'd)**

**AL SUTTON**

The employer provided us with a Union Benefit Authorization Form which was signed with Allied Power on 09/04/19. The employer reported Mr. Sutton to the Fund under the Local 727 Byron Nuclear Power Station General Presidents Project Maintenance Agreement, the Local 703 Non Manual Supervisors Agreement, and the Local 309 Building contract during our examination period. We did not identify any discrepancies in the number of hours listed in the employer's payroll and the number of hours reported to the Fund. As previously stated, a copy of this form, along with the additional forms provided to us, have been attached.

**PAUL GOULD**

We were not provided with a Union Benefit Authorization Form from the Fund office or the employer for Mr. Gould. Based upon our review of the employer's records provided to us, Mr. Griffith was not listed in the employer's payroll for our examination period.

Allied Power Services, LLC
TOTAL SUMMARY OF AMOUNTS DUE
January 1, 2019     To     June 30, 2020

| | 2019 | 2020 | TOTAL |
|---|---|---|---|
| PENSION | $ - | $ 7,676.86 | $ 7,676.86 |
| PENSION SUPP | $ - | $ 8,837.90 | $ 8,837.90 |
| WELFARE NC | $ - | $ 9,607.60 | $ 9,607.60 |
| WELFARE NI | $ - | $ 872.08 | $ 872.08 |
| ANNUITY NI | $ - | $ 6,834.00 | $ 6,834.00 |
| TRAINING | $ - | $ 911.20 | $ 911.20 |
| MKT PROM | $ - | $ 45.56 | $ 45.56 |
| MROC | $ - | $ 284.76 | $ 284.76 |
| DUES CHECK OFF | $ - | $ 410.66 | $ 410.66 |
| WORKING DUES | $ - | $ 2,569.09 | $ 2,569.09 |
| TOTAL DUE | $ - | $ 38,049.71 | $ 38,049.71 |

**Allied Power Services, LLC - CLPWAF**
**Unreported Regular Hours**
**For period 1/1/2020 - 6/30/2020**
**Local: 727GPPMA***

## WITHEROW,JOHN,L,JR,,,

| | January | Febuary | March | April | May | June | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Regular Hours | 120.00 | 173.50 | 272.50 | 173.00 | 240.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1139.00 |
| | 120.00 | 173.50 | 272.50 | 173.00 | 240.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1139.00 |
| **Amounts Due** | | | | | | | | | | | |
| PENSION | $808.80 | $1,169.39 | $1,836.65 | $1,166.02 | $1,617.60 | $1,078.40 | $0.00 | $0.00 | $0.00 | $0.00 | $7,676.86 |
| PENSION SUPP | $901.20 | $1,302.99 | $2,046.48 | $1,299.23 | $1,972.80 | $1,315.20 | $0.00 | $0.00 | $0.00 | $0.00 | $8,837.90 |
| WELFARE NC | $1,008.00 | $1,457.40 | $2,289.00 | $1,453.20 | $2,040.00 | $1,360.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,607.60 |
| WELFARE NI | $86.40 | $124.92 | $196.20 | $124.56 | $204.00 | $136.00 | $0.00 | $0.00 | $0.00 | $0.00 | $872.08 |
| ANNUITY NI | $720.00 | $1,041.00 | $1,635.00 | $1,038.00 | $1,440.00 | $960.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,834.00 |
| TRAINING | $96.00 | $138.80 | $218.00 | $138.40 | $192.00 | $128.00 | $0.00 | $0.00 | $0.00 | $0.00 | $911.20 |
| MKT PROM | $4.80 | $6.94 | $10.90 | $6.92 | $9.60 | $6.40 | $0.00 | $0.00 | $0.00 | $0.00 | $45.56 |
| MROC | $30.00 | $43.38 | $68.13 | $43.25 | $60.00 | $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $284.76 |
| DUES CHECK OFF | $42.00 | $60.73 | $95.38 | $60.55 | $91.20 | $60.80 | $0.00 | $0.00 | $0.00 | $0.00 | $410.66 |
| **Total Liability** | $3,697.20 | $5,345.55 | $8,395.74 | $5,330.13 | $7,627.20 | $5,084.80 | $0.00 | $0.00 | $0.00 | $0.00 | $35,480.62 |
| **Rates** | | | | | | | | | | | |
| PENSION | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 0.000 | 0.000 | 0.000 | 0.000 | |
| PENSION SUPP | 7.510 | 7.510 | 7.510 | 7.510 | 8.220 | 8.220 | 0.000 | 0.000 | 0.000 | 0.000 | |
| WELFARE NC | 8.400 | 8.400 | 8.400 | 8.400 | 8.500 | 8.500 | 0.000 | 0.000 | 0.000 | 0.000 | |
| WELFARE NI | 0.720 | 0.720 | 0.720 | 0.720 | 0.850 | 0.850 | 0.000 | 0.000 | 0.000 | 0.000 | |
| ANNUITY NI | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| TRAINING | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MKT PROM | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MROC | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.250 | 0.000 | 0.000 | 0.000 | 0.000 | |
| DUES CHECK OFF | 0.350 | 0.350 | 0.350 | 0.350 | 0.380 | 0.380 | 0.000 | 0.000 | 0.000 | 0.000 | |

Allied Power Services, LLC - CLPWAF
Unreported Gross Wages
For period 1/1/2020 - 6/30/2020
Local: 727GPPMA*

| | January | February | March | April | May | June | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **WITHEROW,JOHN,L,JR,,,** | $6,000.00 | $8,689.10 | $13,653.20 | $8,678.20 | $12,042.30 | $8,028.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,091.00 |
| Unreported Total Gross Wage | $6,000.00 | $8,689.10 | $13,653.20 | $8,678.20 | $12,042.30 | $8,028.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57,091.00 |
| **Amounts Due** | | | | | | | | | | | | |
| Working Dues | $270.00 | $391.01 | $614.39 | $390.52 | $541.90 | $361.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,569.09 |
| Total Liability | $270.00 | $391.01 | $614.39 | $390.52 | $541.90 | $361.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,569.09 |
| **Rates** | | | | | | | | | | | | |
| Working Dues | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 4.50% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | |



# ROMOLO
## & ASSOCIATES, LLC
### CERTIFIED PUBLIC ACCOUNTANTS

1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

November 23, 2020

Central Laborers P,W&A Fund
P.O. Box 1267
Jacksonville, IL 62651

Invoice #      28552

For professional services rendered in connection with the fringe
benefit payroll compliance examination on behalf of the:

Central Laborers Pension, Welfare, & Annuity Funds for Allied Power Services, LLC for
the period January 1, 2019 through June 30, 2020:

| | |
|---|---:|
| Scheduling | 75.00 |
| Field Work | 2,475.00 |
| Processing | 157.50 |
| Expenses (see attached list) | 161.52 |



| | | | |
|---|---|---|---:|
| PAYABLE UPON RECEIPT | TOTAL | $ | 2,869.02 |



EXHIBIT
C