UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, <br> NORTH CENTRAL ILLINOIS LABORERS' <br>   HEALTH AND WELFARE FUND, <br> NORTHERN ILLINOIS & IOWA LABORERS' <br>   HEALTH & WELFARE FUND, <br> NORTHERN ILLINOIS LABORERS' ANNUITY FUND, <br> ILLINOIS LABORERS AND CONTRACTORS JOINT <br>   APPRENTICESHIP & TRAINING TRUST FUND, <br> MARKET PROMOTION FUND, <br> MIDWEST REGION ORGANIZATION COMMITTEE, <br> and the GREAT PLAINS LABORERS' DISTRICT <br>   COUNCIL WORKING DUES CHECK OFF FUND <br><br>                         Plaintiffs, <br><br>   v. <br><br> ALLIED POWER SERVICES, LLC, <br> a Delaware limited liability company, <br><br>                         Defendant(s). | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **21-Cv-3061** <br><br> Judge Steven C. Seeger <br><br> Magistrate Judge Fuentes |

## **PLAINTIFFS' RULE 41 NOTICE OF DISMISSAL**

Plaintiffs CENTRAL LABORERS' PENSION FUND, *et al*. (all plaintiffs), by their attorney and pursuant to Federal Rule of Civil Procedure 41(a), state as follows:

1.     Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides as follows:

   (a) Voluntary Dismissal.
    (1) By the Plaintiff.
      (A) Without a Court Order. …[T]he plaintiff may dismiss an action without a court order by filing:
       (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; …
    …
   (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice.
    …

2. As required by that rule (with respect to this motion), the sole defendant in this proceeding has never filed or served an answer or motion for summary judgment, nor has it filed an appearance or otherwise appeared in this proceeding. (See generally Court Docket.)

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs voluntarily dismiss this action.

    Respectfully submitted,

    CENTRAL LABORERS' PENSION FUND, *et al*.

By: /s/ *Richard A. Toth*
    Richard A. Toth
    GEORGES & SYNOWIECKI, LTD.
    *Attorneys for Plaintiffs*
    20 S. Clark St., Suite 400
    Chicago, IL 60603-1835
    (312) 726-8797
    rtoth@daleygeorges.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, <br> NORTH CENTRAL ILLINOIS LABORERS' <br>   HEALTH AND WELFARE FUND, <br> NORTHERN ILLINOIS & IOWA LABORERS' <br>   HEALTH & WELFARE FUND, <br> NORTHERN ILLINOIS LABORERS' ANNUITY FUND, <br> ILLINOIS LABORERS AND CONTRACTORS JOINT <br>   APPRENTICESHIP & TRAINING TRUST FUND, <br> MARKET PROMOTION FUND, <br> MIDWEST REGION ORGANIZATION COMMITTEE, <br> and the GREAT PLAINS LABORERS' DISTRICT <br>   COUNCIL WORKING DUES CHECK OFF FUND <br><br>                          Plaintiffs, <br>    v. <br><br> ALLIED POWER SERVICES, LLC, <br> a Delaware limited liability company, <br><br>                         Defendant(s). | **21-Cv-3061** <br><br> Judge Steven C. Seeger <br><br> Magistrate Judge Fuentes |

## NOTICE OF FILING

**To**:

  ALLIED POWER SERVICES, LLC
  c/o C T Corporation System
  its Registered Agent
  208 S. LaSalle St., Suite 814
  Chicago, IL 60604

PLEASE TAKE NOTICE that on August 10, 2021, I filed the attached *Plaintiffs' Rule 41 Notice of Dismissal* with the Clerk of the U.S. District Court for the Northern District of Illinois.

                              CENTRAL LABORERS' PENSION FUND, *et al*.

                     By:  /s/ *Richard A. Toth*

                            Richard A. Toth
                            GEORGES & SYNOWIECKI, LTD.
                            *Attorneys for Plaintiffs*
                            20 S. Clark St., Suite 400
                            Chicago, IL 60603-1835
                            (312) 726-8797

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of this notice and the attached document to the above individual(s) by mailing a copy via prepaid USPS first class mail and, if applicable, via the Notice of Electronic Filing issued through the Court's Electronic Case Filing System (pursuant to Local Rule 5.9), all before 5:00 p.m. on August 10, 2021.

By: /s/ *Richard A. Toth*

Richard A. Toth
GEORGES & SYNOWIECKI, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, IL  60603-1835
(312) 726-8797
rtoth@gs-law.com